IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ABIGAIL G. HICKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CV 112-164 |
| LINDA GUNTER, HUMANA | ) | |
| GOVERNMENT BUSINESS, INC. | ) | |
| a/k/a HUMANA MILITARY | ) | |
| HEALTHCARE SERVICES, INC., and | ) | |
| HUMANA INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's claims under Title VII and the Americans with Disabilities Act against Defendant Gunter are **DISMISSED**.

SO ORDERED this ___ day of February, 2013, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA